**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

TIRRELL AUDRELIUS MIDDLETON,   )
                               )
                Plaintiff,     )
                               )
        vs.                    )         No. 1:26-cv-00042-JSD
                               )
BROOKLYN TOWNSEND, et al.,     )
                               )
                Defendants.    )

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion.   Self-represented Plaintiff Tirrell Middleton filed this 42 U.S.C. § 1983 civil rights action for money damages on February 17, 2026. [ECF No. 1.]   Upon case initiation, Plaintiff neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis* (or without prepayment of fees or costs).   A few weeks after the case was opened, Plaintiff filed a letter to the Clerk asking for a Court order directing the payment of the $405 filing fee, so that the warden at Plaintiff's place of incarceration would release the money. [ECF No. 2.]   Construing this letter as a motion, Plaintiff's request for a financial order from the Court will be granted to the extent that this Order provides the required documentation.

This case cannot proceed without the payment of the full filing fee ($405) or the filing of a motion to proceed *in forma pauperis*.   *See* E.D. Mo. Local Rule 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis."). Plaintiff must do one or the other within **thirty (30) days** of this Order.   Furthermore, if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.   *See* 28 U.S.C. § 1915(a)(2).   Plaintiff's failure to timely pay the filing fee or file a motion to proceed *in*

*forma pauperis* will result in the dismissal of this case without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's letter to the Clerk [ECF No. 2], construed as a motion requesting a financial order from the Court, is **GRANTED** to the extent that this Order provides the documentation he requests.

**IT IS FURTHER ORDERED** that the Clerk is directed to send Plaintiff a blank 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion to proceed *in forma pauperis*, he must also submit a certified copy of his prison account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 1st day of April, 2026.

_____
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

2